UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NORTH AMERICAN SPECIALTY
INSURANCE COMPANY INCORPORATED,
    Plaintiff,

v.    Case No. 8:18-cv-784-T-24 JSS

THE ARTEC GROUP, LOUIS SANCHEZ,
and LOUIS H. SANCHEZ REVOCABLE
TRUST,
    Defendants.
_____/

**ORDER**

This cause comes before the Court on two motions: (1) defense counsel's motion to withdraw as counsel (Doc. No. 17); and (2) Plaintiff's motion to extend mediator selection deadline (Doc. No. 18). As explained below, the motions are granted.

**I. Motion to Withdraw as Counsel**

Defendant Louis Sanchez has until August 24, 2018 to file a notice of appearance of new counsel. If no notice of appearance of new counsel is filed on his behalf, the Court will consider him to be proceeding pro se in this matter.

However, a corporation may appear and be heard only through counsel, so Defendant The Artec Group, Inc. must file a notice of appearance of new counsel by August 24, 2018, since it cannot appear pro se. See Local Rule 2.03(e). If it fails to do so, the Court will entertain a motion for entry of default against it.

Likewise, a trust may appear and be heard only through counsel. See Fox v. City of Orlando Police Department and Orange County Government-OSCO, 2015 WL 5714915, at *3 (M.D. Fla. Sept. 21, 2015)(citing Dillard Family Trust v. Chase Home Finance, LLC, 2011 WL

6747416, at *5 (N.D. Tx. Dec. 23, 2011)). As such, Defendant Louis H. Sanchez Revocable Trust must file a notice of appearance of new counsel by August 24, 2018, since it cannot appear pro se. If it fails to do so, the Court will entertain a motion for entry of default against it.

## II.  Selection of Mediator

Plaintiff asks the Court to extend the deadline for the parties to select a mediator given defense counsel's withdrawal. The Court directs Plaintiff to file a notice informing the Court of the mediator that the parties have selected and the date of their mediation by September 7, 2018.

## III.  Conclusion

Accordingly, it is ORDERED AND ADJUDGED that:

(1) Defense counsel's motion to withdraw as counsel (Doc. No. 17) is **GRANTED**.

(2) Plaintiff's motion to extend mediator selection deadline (Doc. No. 18) is **GRANTED**.

**DONE AND ORDERED** at Tampa, Florida, this 25th day of July, 2018.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record

Defendants Luis Sanchez, The Artec Group Inc., and The Louis H. Sanchez Revocable Trust at the following two addresses:
    (1) P.O. Box 50335, Sarasota, FL 34232
    (2) 376 Interstate Court, Sarasota, FL 34240