UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NORTH AMERICAN SPECIALTY
INSURANCE COMPANY INCORPORATED,
    Plaintiff,

v.    Case No. 8:18-cv-784-T-24 JSS

THE ARTEC GROUP, INC., LOUIS SANCHEZ,
and LOUIS H. SANCHEZ REVOCABLE
TRUST,
    Defendants.
_____/

## ORDER

This cause comes before the Court on Plaintiff's Motion for Court Order Securing Bonded Contract Funds. (Doc. No. 39). As explained below, the motion is **GRANTED**.

This is an action for indemnity relating to claims made against three sets of Performance and Payment Bonds issued by Plaintiff North American Specialty Insurance Company, Inc. ("NAS") in favor of Defendant The Artec Group. Inc. ("Artec"). NAS contends that Artec, along with Defendants Louis Sanchez and the Louis H. Sanchez Revocable Trust, agreed to indemnify NAS for all losses and expenses relating to these three sets of bonds. NAS moved for default judgment on its claims, and the Court granted NAS's motion. (Doc. No. 37).

The instant motion relates to the Performance and Payment Bonds that NAS issued in July of 2016 for Artec's contract with the U.S. Navy. (Doc. No. 34). Specifically, NAS seeks a court order directing the U.S. Navy to release all bonded contract funds available in connection with the Navy Project directly to NAS in partial satisfaction of Artec's obligation to provide collateral security for the Navy Project. Paragraph 7 of the General Indemnity Agreement that Defendants executed provides that all money due under bonded contracts are trust funds that

inure to the benefit of NAS for any liability or loss that it may have or sustain under the bonds it issues. (Doc. No. 1-4). The U.S. Navy does not object to the relief requested in this motion, but it requires a formal order from this Court directing it to release the bonded contract funds to NAS.

Upon consideration, it is ORDERED AND ADJUDGED that the motion is granted. The U.S. Navy is directed to release all bonded contract funds available in connection with the Navy Project directly to NAS in partial satisfaction of Artec's obligation to provide collateral security for the Navy Project.

**DONE AND ORDERED** at Tampa, Florida, this 13th day of November, 2018.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record

Defendants Luis Sanchez, The Artec Group Inc., and The Louis H. Sanchez Revocable Trust at the following two addresses:
    (1) P.O. Box 50335, Sarasota, FL 34232
    (2) 376 Interstate Court, Sarasota, FL 34240